IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MANUEL RIVAS                                                                                                    PLAINTIFF

    v.                              Civil No. 11-5029

SHERIFF TIM HELDER; NURSE
RHONDA MECHEDA; JAIL
ADMINISTRATOR RANDALL
DENZER; and DR. W.H. HOWARD, JR.                                                          DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This civil rights action was filed by the Plaintiff, Manuel Rivas, pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

On June 8, 2012, mail was returned to the Court marked undeliverable and no longer here. Plaintiff has not communicated with the Court since March 9, 2012 (Doc. 22) when he filed a motion.

When Court staff attempted to obtain a current address on the Plaintiff, no new address could be found. Instead, it appears that the Plaintiff has been deported. Additionally, Defendants have filed a motion to compel (Doc. 24) indicating that Plaintiff has not responded to discovery requests propounded by them.

I therefore recommend that this case be dismissed based on Plaintiff's failure to keep the Court apprised of his current address and his failure to prosecute this action. Fed. R. Civ. P. 41.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties**

-1-

**AO72A**
**(Rev. 8/82)**

**are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 14th day of June 2012.

                                          /s/ *Erin L. Setser*
                                          HON. ERIN L. SETSER
                                          UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)