IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MANUEL RIVAS                                                                    PLAINTIFF

v.            Civil No. 11-5029

SHERIFF TIM HELDER;
NURSE RHONDA MECHEDA;
JAIL ADMINISTRATOR RANDALL DENZER;
and DR. W.H. HOWARD, JR.                                                        DEFENDANTS

**O R D E R**

Now on this 5th day of September 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #62), filed on August 16, 2013, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #62) is hereby **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the defendants' **Motion for Summary Judgment** (document #55) is **granted**, and this case is **dismissed with prejudice.**

IT IS SO ORDERED.

          /s/ Jimm Larry Hendren
          JIMM LARRY HENDREN
          UNITED STATES DISTRICT JUDGE